IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:10-CR-78-1H
No. 4:16-CV-162-H

ERIC PASCAL JACKSON,  )
                      )
      Petitioner,     )
                      )      ORDER
      v.              )
                      )
UNITED STATES OF AMERICA,  )
                      )
      Respondent.    )

For good cause having been shown upon the motion of Respondent, it is hereby

ORDERED that Petitioner is allowed 30 days from the filing of this order to file a supplemental 28 U.S.C. § 2255 motion or other response to the Supreme Court's decision in <u>Beckles v. United States</u>, __ S. Ct. __, No. 15-8544, 2017 WL 855781 (March 6, 2017).

It is further ORDERED that Respondent shall have 30 days from the filing of Petitioner's supplement to file a response, if any.

This 2nd day of May 2017.

_____
MALCOLM J. HOWARD
Senior United States District Judge