IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-78-1H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERIC PASCAL JACKSON, | ) | |
| Defendant | ) | |

This matter is before the court on defendant's pro se motion to reduce his sentence pursuant to § 404 the First Step Act of 2018 [DE #206]. Finding the First Step Act inapplicable to defendant inasmuch as he received the benefit of the Fair Sentencing Act at sentencing, the motion is DENIED.

This 14th day of April 2021.

						_____
						MALCOLM J. HOWARD
						Senior United States District Judge

At Greenville, NC
#26